**Order entered September 19, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00634-CV

### TODD PRUETT, Appellant

### V.

### MICHAEL PITTMAN, M.D., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

We **DENY** appellant's September 13, 2013 motion requesting the Court to stop posting documents and information on our website.

/s/     DAVID LEWIS
        JUSTICE